UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDINGTON,<br><br>   Appellant,<br><br> v.<br><br>PG&E CORPORATION,<br><br>   Appellee. | Case No. 23-cv-05099-HSG<br><br>**ORDER DENYING MOTION FOR REHEARING**<br><br>Re: Dkt. No. 9 |

On July 26, 2024, the Court affirmed the bankruptcy court's grant of summary judgment in favor of PG&E Corporation and Pacific Gas and Electric Company and its denial of Mr. Addington's motion for reconsideration. Dkt. No. 8. In response, Mr. Addington has filed a motion for rehearing under Federal Rule of Bankruptcy Procedure 8022. Dkt. No. 9. Having reviewed the motion in detail, the Court finds no basis for rehearing and **DENIES** the motion.

  **IT IS SO ORDERED.**

Dated: 8/12/2024

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge